1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAMONT ERVIN,

11              Petitioner,                    No. CIV S-07-1093 FCD GGH P

12        vs.

13   D.K. SISTO, et al.,

14              Respondents.                   ORDER TO SHOW CAUSE

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On September 10, 2007, respondent filed a motion

18   to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides

19   in part:  "Failure of the responding party to file written opposition or to file a statement of no

20   opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good

21   cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days,

22   why respondent's September 10, 2007, motion to dismiss should not be granted.

23   DATED:   11/14/07

24                                             /s/ Gregory G. Hollows
                                               _____
25   GGH:035                                   UNITED STATES MAGISTRATE JUDGE
     ervi1093.46

26

                                                1